**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT**

| | | |
|---|---|---|
| CHRISTIAN RODRIGUEZ and VALENTIN ACUNA, individually and on behalf of other employees similarly situated | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:19-CV-00289 |
| v. | ) ) | Judge Mary M. Rowland |
| THE PROFESSIONALS, INC., SOUTH EAST PERSONNEL LEASING, INC. and JACOB TWIG, | ) ) ) ) ) | Magistrate Judge Jeffery T. Gilbert |
| Defendants. | ) | |

**MOTION FOR LEAVE FOR ADDITIONAL COUNSEL TO FILE
APPEARANCE FOR DEFENDANTS, THE PROFESSIONALS, INC. AND
JACOB TWIG**

Morgan M. Hess ("Hess") and Christopher E. Kentra ("Kentra"), of the law firm Burke, Warren, MacKay & Serritella, P.C. ("Burke Warren"), pursuant to Local Rule 83.17, hereby respectfully moves this Court for leave to file an additional appearance as counsel for Defendants, The Professionals, Inc. and Jacob Twig (hereinafter collectively, with The Professionals, Inc., the "Defendants"). In support of this Motion, Hess and Kentra state as follows:

1. On January 15, 2019, Plaintiff's filed their Complaint for alleged unpaid wages against the Defendants.

2. This matter has progressed unresolved for nearly one and a half years since the commencement of this litigation.

3. Accordingly, to best respond to the issues in this litigation, Defendants have requested Hess, Kentra, and the Burke Warren law firm file additional appearances [attached hereto as Exhibits A and B] as counsel on behalf of Defendants.

4. Local Rule 83.17 of the United States District Court for the Northern District of Illinois provides that an attorney may not file an additional appearance for a party already having an appearance on file without leave of court. *See* N.D. Ill. L.R. 83.17.

5. Hess, Kentra, and Burke Warren's additional appearance as counsel for Defendants in this matter is not intended to cause any delay, hardship, or prejudice to any party to this case, and Defendants desire Burke Warren to represent it in this matter as additional counsel.

WHEREFORE, Morgan M. Hess and Christopher E. Kentra, of the law firm Burke, Warren, MacKay & Serritella, P.C., respectfully request that this Court enter an Order granting leave to file an appearance as additional counsels for Defendants, the Professionals Inc. and Jacob Twig.

Respectfully submitted,

Dated: July 1, 2020                                By:  */s/ Morgan M. Hess*

Christopher E. Kentra ARDC No. 06211295
Morgan M. Hess ARDC No. 6332804
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611-3607
Telephone: (312) 840-7000
Facsimile:  (312) 840-7900
*ckentra@burkelaw.com*
*mhess@burkelaw.com*

## CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that she caused a copy of the foregoing **MOTION FOR LEAVE FOR ADDITIONAL COUNSEL TO FILE APPEARANCE FOR DEFENDANTS, THE PROFESSIONALS, INC. AND JACOB TWIG** to be filed electronically July 1, 2020 and will be sent electronically to counsel who are registered participants identified on the Notice of Electronic Filing.

*/s/ Morgan M. Hess*_____

# EXHIBIT A

# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: CHRISTIAN RODRIGUEZ, et al  v. THE PROFESSIONALS, INC. et al

Case Number: 1:19-cv-289

An appearance is hereby filed by the undersigned as attorney for:
Defendants THE PROFESSIONALS, INC. and JACOB TWIG

Attorney name (type or print):  Christopher E. Kentra

Firm:    Burke, Warren, MacKay & Serritella, P.C.

Street address:    330 N. Wabash, 21st floor

City/State/Zip:    Chicago, IL 60611

Bar ID Number: 06211295
(See item 3 in instructions)

Telephone Number:    312-840-7000

Email Address: ckentra@burkelaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 19, 2020

Attorney signature:    S/ Christopher E. Kentra
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015

# EXHIBIT B

# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title:                              Case Number:

An appearance is hereby filed by the undersigned as attorney for:

Attorney name (type or print):

Firm:

Street address:

City/State/Zip:

Bar ID Number:                           Telephone Number:
(See item 3 in instructions)

Email Address:

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | Yes | No |
| Are you acting as local counsel in this case? | Yes | No |
| Are you a member of the court's trial bar? | Yes | No |
| If this case reaches trial, will you act as the trial attorney? | Yes | No |

If this is a criminal case, check your status.    Retained Counsel

Appointed Counsel
If appointed counsel, are you
a    Federal Defender

CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:    S/_____
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that she caused a copy of the foregoing **MOTION FOR LEAVE FOR ADDITIONAL COUNSEL TO FILE APPEARANCE FOR DEFENDANTS, THE PROFESSIONALS, INC. AND JACOB TWIG** to be filed electronically June 30, 2020 and will be sent electronically to counsel who are registered participants identified on the Notice of Electronic Filing.

*/s/ Morgan M. Hess*_____