EXHIBIT A

## Directions for Garrett Discovery - Rodriguez et al v. The Professionals et al

**Gary Savine <gary@savinelaw.com>**
Wed 7/1/2020 6:46 AM

**To:** Andrew Garrett (Work) <agarrett@garrettdiscovery.com>; Brian Bowman <bbowman@garrettdiscovery.com>
**Cc:** Howard L. Teplinsky <hteplinsky@lgattorneys.com>; Walker R. Lawrence <wlawrence@lgattorneys.com>; Mitchell Chaban <mchaban@lgattorneys.com>; Brian Roth (Other) <broth@grsm.com>; Yara Mroueh <ymroueh@grsm.com>; Jonathan Weis (Levin Ginsburg) <jweis@lgattorneys.com>; Manewith, Bradley <bmanewith@msiegellaw.com>; Bradley Levison <brad@hlhlawyers.com>

Messrs. Garrett and Bowman:

Thank you for retrieving the flash drive from attorney Brad Levison.

Please confirm that you have imaged the full contents of the drive and have secured the original drive.

Please also deliver copies of the drive image to the following attorneys, all of whom are copied here:

1. Brad Levison at Herschman Levison Hobfoll PLLC, 401 S LaSalle Street, Suite 1302G, CHicago, Illinois 60605, phone 312-870-5800; brad@hlhlawyers.com

2. Howard Teplinsky at Levin Ginsburg, 180 N LaSalle, Suite 3200, Chicago IL 60601, phone 312-368-0100 htepllinsky@lgattorneys.com

3. Brian Roth at Gordon Rees Scully Mansukhani, LLP, 1 N Franklin Street, Suite 800, Chicago, Illinois 60606, phone 312-980-6767. broth@grsm.com

Our preference would be for you to deliver the images to them via electronic transfer for faster delivery. Please confirm when you've completed the deliveries.

Gary Savine
Savine Employment Law, Ltd.
150 S. Wacker Drive, Suite 2400
Chicago, Illinois 60606
312-788-2668

EXHIBIT B

## The Professionals, Inc. v. Ana Hernandez (2020-CH-04054) & Christian Rodriguez, et al. v. The Professionals, Inc., et al. (1:19-CV-00289)

### Hess, Morgan <MHess@BurkeLaw.com>

Wed 7/1/2020 12:35 PM

**To:** Manewith, Bradley <bmanewith@msiegellaw.com>; msiegel@msiegellaw.com <msiegel@msiegellaw.com>; ymroueh@grsm.com <ymroueh@grsm.com>; edeitz@grsm.com <edeitz@grsm.com>; James Rogers <jrogers@msiegellaw.com>; Gary Savine <gary@savinelaw.com>; broth@grsm.combrand <broth@grsm.combrand>; brad@hlhlawyers.com <brad@hlhlawyers.com>
**Cc:** Kentra, Christopher <CKentra@BurkeLaw.com>; wlawrence@lgattorneys.com <wlawrence@lgattorneys.com>; jweis@lgattorneys.com <jweis@lgattorneys.com>

 3 attachments (405 KB)
Appearance State Court FILE STAMPED.pdf; NOF_State_Court_Appearance_FILE STAMPED 4844-2124-9985 v.1.pdf; 2020-07-01 Motion for Leave for Additional Counsel to File Appearance FILE STAMPED.pdf;

Counsels,

This correspondence is sent on behalf of Christopher E. Kentra. Please see the text below my signature block.

**Morgan M. Hess**
**Burke, Warren, MacKay & Serritella, P.C.**
330 N. Wabash, 21st Floor l Chicago, IL 60611
Phone 312.840.7149 l Fax 312.840.7900
mhess@burkelaw.com l www.burkelaw.com l Bio l LinkedIn

Confidentiality Note: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is strictly prohibited.  If you are not the intended recipient, contact the sender via reply email and destroy all copies of the original message.

---

Good afternoon.  I am writing to advise you that The Professionals is retaining my firm to investigate potential claims of aiding and abetting, civil conspiracy, and tortious interference with contract against plaintiffs' counsel and counsel for Ana Hernandez.  To that end, I have filed the attached motion and appearances in *The Professionals, Inc. v. Ana Hernandez* and *Christian Rodriguez, et al. v. the Professionals, et al.*  Thank you.

**Christopher E. Kentra, Esq.**
**Burke, Warren, MacKay & Serritella, P.C.**
330 N. Wabash, Suite 2100 l Chicago, IL 60611
Office 312.840.7112 l Cell 312.375.5025 l Fax 312.840.7900
CKentra@burkelaw.com l www.burkelaw.com



Confidentiality Note: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, contact the sender via reply email and destroy all copies of the original message.

FILED
6/30/2020 6:06 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020CH04054

9633292

FILED DATE: 6/30/2020 6:06 PM   2020CH04054

## THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| THE PROFESSIONALS, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 20 CH 04054 |
| v. | ) ) | Hon. Anna H. Demacopoulos |
| ANA HERNANDEZ, | ) ) | |
| Defendant. | ) ) | |

### <u>NOTICE OF FILING</u>

PLEASE TAKE NOTICE that on June 30, 2020, we filed with the Clerk of the Circuit Court of Cook County, County Department, Chancery Division, an **Additional Appearance** on behalf of Defendant, The Professionals, Inc., copies of which are attached and hereby served upon you.

Dated: June 30, 2020

Respectfully submitted,

THE PROFESSIONALS, INC.,
Defendant

By:____*/s/ Morgan M. Hess*_____
       One of Their Attorneys

Christopher E. Kentra (*astanton@burkelaw.com*)
Morgan M. Hess (*mhess@burkelaw.com*)
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 N. Wabash Avenue, 21st Floor
Chicago, Illinois 60611-3607
Tel: (312) 840-7000
Firm No. 41704

17094\00004\4826-4371-3217.v1

Return Date: No return date scheduled
Hearing Date: 9/1/2020 9:30 AM - 9:30 AM
Courtroom Number: 2502
Location: District 1 Court
    Cook County, IL

FILED
6/30/2020 6:06 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020CH04054

9633292

FILED DATE: 6/30/2020 6:06 PM   2020CH04054

Appearance and Jury Demand *

(04/04/19) CCG 0009

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY _____ DEPARTMENT/ 1ST DISTRICT

THE PROFESSIONALS, INC.

                Plaintiff

v.

ANA HERNANDEZ

                Defendant

Case No. 2020-CH-04054

Claimed $: _____

Return Date: _____ Time: 9:30 _____

Court Date: 9/1/20 Room No.: 2502

Richard J. Daley Center, 50 w. Washington St., Chicago, IL 60602

Address of Court District for Filing

### APPEARANCE AND JURY DEMAND *

| | | |
|---|---|---|
| ☑ General Appearance | ☑ 0900 - Fee Paid | ☐ 0904 - Fee Waived |
| | ☐ 0908 - Trial Lawyers Appearance - No Fee | |
| ☐ Jury Demand * | ☐ 1900 - Appearance and Jury Demand/Fee Paid | ☐ Twelve-person Jury |
| | ☐ 1904 - Appearance and Jury Demand/No Fee Paid | ☐ Six-person Jury |

The undersigned enters the appearance of: ● Plaintiff ○ Defendant

Litigant's Name: THE PROFESSIONALS, INC.

Signature: _____

☐ Initial Counsel of Record    ☐ Pro Se (Self-represented)     ☐ 2810 Rule 707 Out-of-State Counsel
                                                     (pro hac vice)

☑ Additional Appearance    ☐ Substitute Appearance

● Atty. No.: 41704    ○ Pro Se 99500

Name: Morgan M. Hess / BWMS

Atty. for (if applicable):

Plaintiff

Address: 330 N. Wabash Ave., Suite 2100

City: Chicago

State: IL   Zip: 60611   Phone: 312.840.7149

Primary Email: mhess@burkelaw.com

**IMPORTANT**

*Once this Appearance form is filed, photocopies of this form must be sent to all other parties named in this case (or to their attornies) using either regular mail, fax, email or personal delivery. (See Illinois Supreme Court Rules 11 and 13 for more information.)*

Pro Se Only:
☐ I have read and agree to the terms of Clerk's Office
   Electronic Notice Policy and choose to opt in to electronic
   notice from the Clerk's office for this case at this email address:

Email: ckentra@burkelaw.com

\* Strike demand for trial by jury if not applicable.

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

/s/ Morgan M. Hess

Attorney for ● Plaintiff ○ Defendant

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 1 of 1